UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KENNETH ARMS TENANT ASSOCIATION, et al. | No. 2:01-cv-0832-MCE-EFB |
|---|---|
| Plaintiffs, | **ORDER** |
| v. | |
| MEL MARTINEZ, et al. | |
| Defendants. | |

This case, which pertains to the sale of certain apartment complexes in the Sacramento region, settled in 2001. In its order approving and adopting the settlement agreement, the Court retained jurisdiction to enforce the settlement agreement. ECF No. 42 at 2. On August 26, 2015, Movants Karen Fletcher and Howard Herships ("Movants") filed a Motion for Contempt (ECF No. 52) seeking to enforce the settlement agreement against the successors-in-interest to the original agreement. Movants were not parties to the original action and they seek to enforce the settlement agreement against individuals and entities who were not parties to the original action. Additionally, Movants allege new claims against these individuals and entities, including claims for fraud, retaliatory eviction, breach of the Implied Warranty of Habitability, and nuisance, among others.

For a more efficient administration of justice, on the Court's own motion, the Clerk of the Court is directed to open a new case as follows:

1. Plaintiffs shall be: HOWARD HERSHIPS and KAREN FLETCHER. Defendants shall be: THE GROVES AT MANZANITA, LIMITED PARTNERSHIP; US HOUSING PARTNERS IV; KLEIN FAMILY LIVING TRUST; TRUSTEE STEVEN KLEIN; FPI MANAGEMENT, INC.; DENNIS TREADAWAY; KIMBALL, TIREY & ST. JOHN LLP; LYRA MYERS; CHRIS EVANS; and DOES 1-10, inclusive.
2. ECF No. 52 in Case No. 2:01-cv-0832-MCE-EFB shall be construed as Plaintiffs' Complaint.
3. Summons shall be issued for the Defendants named above. Movants shall assist the Clerk of the Court with the preparation of the summons. Movants are then required to serve process pursuant to Federal Rule of Civil Procedure 4(c).
4. The new case shall be deemed related to Case No. 2:01-cv-0832-MCE-EFB and assigned to Judge England and Magistrate Judge Brennan.
5. Pursuant to Local Rule 302(c)(21), the new case shall be referred to Magistrate Judge Brennan as Movants are not represented by counsel. The Court will redirect its courtesy copy of ECF No. 52 to Magistrate Judge Brennan's chambers.
6. The Clerk is directed to re-file Movants' Motion for Issuance of Lis Pendens (ECF No. 53), and any other documents that may be filed by Movants, in the new case for ruling by the Magistrate Judge.

///
///
///
///
///

7. Within thirty (30) days of the filing of this Order, Movants shall file an in forma pauperis application or pay the $400 filing fee.

IT IS SO ORDERED.

Dated:  September 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT